```
     IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

       MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION


JULIE WIXON,                    )
                                )
    Plaintiff,                  )
                                )    CIVIL ACTION NO.
    v.                          )      2:09cv431-MHT
UNISYS SHORT TERM               )          (WO)
DISABILITY PLAN and UNISYS      )
LONG TERM DISABILITY PLAN,      )
    Defendants.                 )
```

         FINAL SUBMISSION ORDER OF ENTIRE CASE

Based upon the representations made by counsel for all parties during a status conference this morning and with their agreement, it is ORDERED as follows:

(1) This lawsuit is set for final submission, without oral argument, on November 20, 2009.

(2) The parties are allowed until September 25, 2009 to complete discovery and the depositions of all persons whose testimony will be made a part of the evidentiary record.

(3) By October 9, 2009, the parties are <u>jointly</u> to develop and submit to the court a record of the

evidence--depositions, stipulations, affidavits, etc.--that they intend the court to rely upon.  The record should be sequentially numbered, that is, Bates-stamped, such that the parties and the court can quickly refer to the entire record by page number.  If the record is more than 200 pages, it should be broken down into volumes.  The record should begin with a table of contents that indicates the volume and Bates page number on which each document begins.

(4) The parties are simultaneously to file their briefs on November 6, 2009.  The parties are to file cross-reply briefs on November 20, 2009.

(5) When the parties refer to evidence in their briefs, they must cite the specific document, volume, and Bates-stamped page number where the evidence can be found in the evidentiary record.  A brief that fails to comply with these requirements will be struck.

(6) In light of this agreed-upon disposition without a trial, the parties are no longer to file dispositive motions, that is, summary-judgment or dismissal motions.

DONE, this the 26th day of June, 2009.

<u>   /s/ Myron H. Thompson   </u>
UNITED STATES DISTRICT JUDGE