IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |  | |
|---|---|---|---|
| JULIE WIXON, | ) | | |
| | ) | | |
| Plaintiff, | ) | | |
| | ) | CIVIL ACTION NO. | |
| v. | ) | 2:09cv431-MHT | |
| | ) | (WO) | |
| UNISYS SHORT TERM | ) | | |
| DISABILITY PLAN, et al., | ) | | |
| | ) | | |
| Defendants. | ) | | |

## JUDGMENT

Pursuant to the stipulation of dismissal (Doc. No. 29), it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Defendant Unisys Short Term Disability Plan is dismissed with prejudice subject to the right of any party to request reinstatement within 30 days of the date of this order if the settlement agreement contemplated by the parties is not finalized.

(2) Defendants Unisys Long Term Disability Plan and Highmark Life Insurance Company are dismissed without prejudice.

It is further ORDERED that the parties are to bear their own costs, attorneys' fees, and expenses.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.  This case should now be closed.

DONE, this the 7th day of April, 2010.


    <ins>/s/ Myron H. Thompson</ins>
    **UNITED STATES DISTRICT JUDGE**